GEORGE SILVER et al., as Executors, etc., Respondents, *v.* RICHARD H. CASEY, Appellant.

(Argued January 27, 1893; decided February 10, 1893.)

APPEAL from judgment of the General Term of the Court of Common Pleas for the city and county of New York, entered upon an order made December 14, 1891, which affirmed a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term.

*David Laventritt* for appellant.

*John Jeroloman* for respondents.

Agree to affirm; no opinion.
All concur.
Judgment affirmed. _____